*THIBODEAU* vs. *PATIN.*

The surety     APPEAL  from  the  court  of  the  seventh
who is bound in
*solido* cannot district.
claim the bene-
fit of discussion.
                PORTER, J. delivered the opinion of the
court.    The defendant is sued on an obliga-
tion in the following words:

"Twenty days after date, we, or either of
us, promise to pay to the order of John Olivier
Thibodeau, three hundred dollars, value re-
ceived, the 15th Nov. 1820.

                          *R zin Bowie,*
                          *Marcel Patin,* Surety."

The answer sets up, for defence to the ac-
tion, a plea that the surety was not bound in
*solido,* and that he cannot be sued until the
property of Bowie, the principal debtor, is dis-
cussed; it concludes by indicating property by
which that discussion can be carried into ef-
fect.

Judgment was given in the court below, in

favor of the plaintiff and the defendant appealed.

It appears to us no error was committed, and that the defendant is not entitled to the benefit of the plea, on which he relies. " The *surety* is not obliged to pay unless the debtor fails to satisfy the debt, and the property of the principal must be discussed, unless the plea of discussion is renounced, *or the surety be bound in solido with the debtor;* in which case the effects of his engagement, are to be regulated by the same principles established in relation to debtors *in solido.*"—*Civil Code,* 428, *art.* 7.

Supposing it possible to escape from this positive and explicit declaration of law, the defendant has not brought himself within the rule, which enables sureties bound in the ordinary way, to refer their creditor to the principal debtor for payment; he makes no tender of money to carry the discussion into effect—*Civil code,* 430, *art.* 9; *Baldwin* vs. *Gordon & al.* 12 *Martin,* 382.

It appears evident to the court, that the defendant, under pretence of correcting an error of the inferior tribunal, has sought to delay the execution of a judgment, the correctness of which cannot be doubted.

West'n District
*Aug.* 1823.

THIBODEAU
*vs.*
PATIN.

It is, therefore, ordered, adjudged and decreed, that that judgment be affirmed with costs, and ten per centum damages for the delay.

*Simon* for the plaintiff, *Fennessy* for the defendant.